November 3, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

SEAN MCADOO AND TERA MCADOO, Appellants

NO. 14-16-00456-CV                          V.

KATY RANCH LUXURY APARTMENTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 31, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Sean McAdoo and Tera McAdoo.

We further order this decision certified below for observance.